UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERRELL THOMAS,
                              Plaintiff,

                            24 Civ. 5116 (LGS)

-against-

ORDER

41 GREENE STREET OWNER, LLC, et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Case Management Plan dated August 26, 2024, directed Plaintiff's expert to "conduct an inspection of Defendants' store as soon as practicable" and to provide an expert report "within 45 days of the aforementioned inspection."

    WHEREAS, on October 7, 2024, the parties filed a joint status letter which stated that Plaintiff "served his Request for Entry and Inspection of Land and Property" on October 2, 2024. No update has since been provided.  It is hereby

    **ORDERED** that, by **December 5, 2024**, the parties shall file a joint letter on the status of Plaintiff's inspection of Defendants' store.

Dated: December 3, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE