UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERRELL THOMAS,
                               Plaintiff,

                               24 Civ. 5116 (LGS)
        -against-

                               <u>ORDER</u>
41 GREENE STREET OWNER LLC, et al.,
                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Amended Case Management Plan dated December 12, 2024, scheduled a premotion conference for April 16, 2025, and directed the parties to file any premotion letters by two weeks before the conference. The order states, "If no pre-motion letter is timely filed, this conference will be canceled, and the matter placed on the Court's trial-ready calendar."

       WHEREAS, no party filed a premotion letter.

       WHEREAS, this action is trial ready. It is hereby

       **ORDERED** that this action will be placed in third place on the Court's July 21, 2025, trial-ready calendar. The jury trial will begin on **July 21, 2025, at 9:45 A.M.** or the Court's first available date thereafter. It is further

       **ORDERED** that the parties shall be ready to proceed on 24 hours' notice on or after July 21, 2025. It is further

       **ORDERED** that in accordance with and as further provided in the Court's Individual Rules:

       (1) Any motions *in limine* shall be filed by **May 9, 2025**. Responses to the motions shall be filed by **May 16, 2025**. No reply shall be filed. The parties shall follow the Court's Individual Rules regarding such motions.

(2) Joint requests to charge, *voir dire*, verdict form and any memorandum of law, as provided in the Court's Individual Rules, shall be filed by **June 6, 2025**.

(3) The final pretrial order shall be filed **June 13, 2025.**

(4) The parties shall appear for a final pretrial conference at a date to be scheduled closer to trial.  It is further

**ORDERED** that the case management conference currently scheduled for April 16, 2025, is canceled.  It is further

**ORDERED** that by **April 29, 2025**, the parties shall file a joint letter on the status of settlement discussions

\* \* \* \*

The parties are encouraged to:

(1) Contact Courtroom Deputy James Street at (212) 805-4553 closer to the trial date if they wish to know where they stand on this list.

(2) Confer and consent to a trial before a Magistrate Judge (per the attached form) if they wish to have a trial date certain or if they wish a different trial date.  If a Magistrate Judge has overseen settlement discussions, the parties may request a different Magistrate Judge (to be randomly selected) as the trial judge.

The final pretrial conference will be scheduled closer to the trial date.

Dated: April 4, 2025
      New York, New York

                                                                                **LORNA G. SCHOFIELD**
                                                             **UNITED STATES DISTRICT JUDGE**

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
### SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| _____ ) | |
| *Defendant* ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____        _____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.