# HANSKI PARTNERS LLC

85 DELANCEY STREET
NEW YORK, NEW YORK 10002
PHONE: 212.248.7400

April 28, 2025

*Via ECF*

The Honorable Lorna G. Schofield
United States District Judge
United States District Court, SDNY
40 Foley Square
New York, New York 10007

> The application is untimely under the Court's Individual Rules but is nevertheless **GRANTED nunc pro tunc**. The parties shall file their joint status letter by **April 29, 2025**. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 42.
>
> Dated: April 29, 2025
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *Request for One (1) Day Extension of Time to File Joint Status Letter*
       *Terrell Thomas v. 41 Greene Street Owner LLC, et al., No.1:24-Civ-05116 (LGS)(SDA)*

Dear Judge Schofield:

    We represent plaintiff Terrell Thomas in the above-entitled action. We write to respectfully request a one (1) day extension of time, from April 28, 2025 to April 29, 2025, to file the joint status letter required by Your Honor's April 10, 2025 Order [Dkt. # 40]. We make this request because the parties have exchanged multiple drafts of the letter but still require additional time to finalize their joint submission.

    Thank you for your time and attention to this matter.

Respectfully,

/s/
Robert G. Hanski, Esq.