UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    TERRELL THOMAS,

                            Plaintiff,

                        24 Civ. 5116 (LGS)

           -against-

                        ORDER

    41 GREENE STREET OWNER, LLC, et al.,

                         Defendants.

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, this case is scheduled in first place on the Court's October 27, 2025, trial-ready calendar. It is hereby

      **ORDERED** that, by **September 4, 2025**, the parties shall file a joint letter on the status of settlement discussions.

Dated: August 27, 2025
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**